**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |  |
|---|---|---|
| **MARK GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.** |
| | ) | |
| **DELTRAN OPERATIONS USA, INC.,** | ) | |
| **a Florida Profit Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, DELTRAN OPERATIONS USA, INC. ("Defendant"), by and through its undersigned counsel and in accordance with the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Middle District of Florida, and Title 28, United States Code ("U.S.C.") §§1331, 1441, and 1446, hereby files this Notice of and Petition for Removal ("Notice") of this action from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division.  The removal of this action is based upon the following:

1.      On or about March 11, 2019, Plaintiff, MARK GORDON, ("Plaintiff") filed a Complaint in the Circuit Court for the Seventh Judicial Circuit, in and for Volusia County, Florida, which was captioned, *Mark Gordon v. Deltran USA, LLC, a Florida Limited Liability Company*.  The Circuit Court Case was assigned Case No. 2019-10466-CIDL.  On March 20, 2019, Plaintiff filed an Amended Complaint to correctly identify the appropriate Defendant.  The

Amended Complaint is captioned, *Mark Gordon v. Deltran Operations USA, Inc.* (the "Circuit Court Case"). A true and correct copy of the Complaint and Amended Complaint filed in the Circuit Court Case, along with copies of all other process, pleadings, and orders served upon Defendant, are being filed simultaneously herewith. *See* 28 U.S.C. § 1446(a); Local Rule 4.02.

2.      Defendant was served with a copy of the Amended Complaint on or about March 26, 2019. As such, this Notice has been filed within thirty (30) days after service of the Complaint and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

3.      Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all adverse parties in this action and has filed a copy of this Notice in the Circuit Court in and for Volusia County, Florida.

4.      The United States District Court for the Middle District of Florida includes the judicial county in which Plaintiff filed his Amended Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441(a).

5.      The Complaint seeks relief for alleged violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 203 ("FLSA").

6.      Because Plaintiff has asserted a claim under the FLSA, this action is within the original federal question jurisdiction of the district courts of the United States pursuant to 28 U.S.C. §1331.

WHEREFORE, Defendant, DELTRAN OPERATIONS USA, INC., respectfully requests that that this action be removed from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida to the United States District Court for the Middle District of Florida.

DATED this 5th day of April, 2019.

Respectfully submitted,

JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:  (407) 246-8440
Facsimile:  (407) 246-8441


By:     */s/ Alicia M. Chiu*
        Alicia M. Chiu
        Florida Bar No. 0058366
        alicia.chiu@jacksonlewis.com

        Amy G. Fudenberg
        Florida Bar No. 1011312

        Attorneys for Defendant, DELTRAN USA, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2019 the foregoing was furnished via electronic mail and electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record on the Service List below.

*/s/ Alicia M. Chiu*
Attorney

## SERVICE LIST

Noah E. Storch
Florida Bar No. 0085476
Email: noah@floridaovertimelawyer.com
RICHARD CELLER LEGAL, P.A.
10368 W. State Road 84, Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
Attorneys for Plaintiff
4827-2395-9694, v. 1