# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARK GORDON,

        Plaintiff,

v.                                                  Case No: 6:19-cv-654-Orl-40LRH

DELTRAN OPERATIONS USA, INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal of the Case with Prejudice (Doc. 15) filed on June 11, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter and noting that a Joint Notice of No Objection to Magistrates Judge's Report and Recommendation was filed, (Doc. 17), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 27, 2019 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal of the Case with Prejudice (Doc. 15) is **GRANTED IN PART AND DENIED IN PART**.

3. The Motion (Doc. 15) is **GRANTED** as follows:

    a. Paragraph eleven of the Agreement (Doc. 15 at ¶ 11) is **STRICKEN**

      b. The Agreement (Doc. 15-1) otherwise is found to be a fair and reasonable settlement of the Plaintiff's FLSA claim.

4. The Motion (Doc. 15) is **DENIED** in all other respects.

5. The case is **DISMISSED WITH PREJUDICE.**

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 1, 2019.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties